IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Giles, David K | Case Number: 07 B 10081 |
|---|---|---|
| | Giles, Havana F | Judge: Squires, John H |
| | Printed: 12/28/07 | Filed: 6/5/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 31, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,250.00 | |
| Secured: | | 2,838.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,128.50 |
| Trustee Fee: | | 283.50 |
| Other Funds: | | 0.00 |
| Totals: | 5,250.00 | 5,250.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,500.00 | 2,128.50 |
| 2. | Americredit Financial Ser Inc | Secured | 20,710.00 | 1,675.70 |
| 3. | JP Morgan Chase Bank | Secured | 3,000.00 | 249.46 |
| 4. | Regional Acceptance | Secured | 10,978.00 | 912.84 |
| 5. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 6. | Cook County Treasurer | Secured | 1,137.32 | 0.00 |
| 7. | City Of Chicago | Secured | 370.02 | 0.00 |
| 8. | Wells Fargo Home Mortgage | Secured | 9,022.91 | 0.00 |
| 9. | JP Morgan Chase Bank | Unsecured | 774.37 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 1,070.00 | 0.00 |
| 11. | Americredit Financial Ser Inc | Unsecured | 0.22 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 1,107.96 | 0.00 |
| 13. | Premier Bankcard | Unsecured | 580.92 | 0.00 |
| 14. | ER Solutions | Unsecured | 310.77 | 0.00 |
| 15. | AmeriCash Loans, LLC | Unsecured | 3,117.08 | 0.00 |
| 16. | Aspire Visa | Unsecured | 1,448.58 | 0.00 |
| 17. | Premier Bankcard | Unsecured | 139.40 | 0.00 |
| 18. | Portfolio Recovery Associates | Unsecured | 1,677.99 | 0.00 |
| 19. | Sallie Mae | Unsecured | 28,996.98 | 0.00 |
| 20. | Affirmative Insurance Co | Unsecured | | No Claim Filed |
| 21. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 22. | Buccaneer Property Managers | Unsecured | | No Claim Filed |
| 23. | TCF Bank | Unsecured | | No Claim Filed |
| 24. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 25. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Giles, David K
Giles, Havana F
Printed: 12/28/07

Case Number: 07 B 10081
Judge: Squires, John H
Filed: 6/5/07

| | | | |
|---|---|---|---|
| 26. | City Of Chicago Dept Of Revenue | Unsecured | No Claim Filed |
| 27. | One Iron Ventures | Unsecured | No Claim Filed |
| 28. | Universal Fidelity Corp | Unsecured | No Claim Filed |
| 29. | One Iron Ventures | Unsecured | No Claim Filed |
| 30. | Georgetown University | Unsecured | No Claim Filed |
| 31. | Commonwealth Edison | Unsecured | No Claim Filed |
| 32. | Webster University | Unsecured | No Claim Filed |

$ 87,942.52        $ 4,966.50

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 283.50 |

$ 283.50

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____